

FILED
CLERK, U.S. DISTRICT COURT

14 MAR 03 PM 4: 21

BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| POWERQUEST CORPORATION | * | CASE NO. 2:03CV0214TS |
| Plaintiff | * | |
| | * | Appearing on behalf of: |
| v. | * | Plaintiff PowerQuest Corporation |
| | * | |
| SYMANTEC CORPORATION | * | (Plaintiff/Defendant) |
| Defendant. | * | |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, James R. Farmer, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: 3/14, 2003      _____   8592
                        (Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Donald A. Degnan, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates James R. Farmer as associate local counsel.

Date: March 11, 2003.        Check here _____ if petitioner is lead counsel.

                              _____
                              (Signature of Petitioner)

**Name of Petitioner:** Donald A. Degnan        Office Telephone: 303-473-2700
                                                 (Area Code and Main Office Number)

**Business Address:** Holland & Hart LLP
                      (Firm/Business Name)

| 1050 Walnut Street, Suite 500 | Boulder | CO | 80302 |
|---|---|---|---|
| Street | City | State | Zip |

6

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| District Court for the State of Colorado | Colorado | October 29, 1991 |
| U.S. District Court | Colorado | November 27, 1991 |
| U.S. Tenth Circuit Court of Appeals | 10th Circuit | December 28, 1992 |
| U.S. Federal Circuit Court of Appeals | Federal Circuit | June 11, 1998 |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| SEE ATTACHED SHEET | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 14 day of March, 2003.

_____
Dee Benson
U.S. District Judge

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| PowerQuest v. Quarterdeck | 2:97CV0783-B | October 15, 1997 |
| PowerQuest v. V Communications | 2:97CV0957-S | January 21, 1998 |
| OEC Medical v. Imaging Services | 2:97CV0910-K | July 8, 1998 |
| Access Communications v. Access Long Distance | 2:98CV0509-B | July 31, 1998 |
| Nutraceutical v. Rainbow Light | 2:98CV0112-C | November 18, 1998 |
| Solaray v. Source Naturals | 2:00CV0351-G | July 10, 2000 |
| Premier One v. Premier Nutrition | 2:01CV0303-C | May 29, 2001 |
| Solaray v. Nature's Way | 2:01CV0500-S | July 31, 2001 |
| Solaray v. Hero Nutritional | 2:01CV0194-J | October 4, 2001 |
| Solaray v. Razei Bar | 2:02CV0025-B | February 22, 2002 |

jmo

United States District Court
for the
District of Utah
March 20, 2003

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:03-cv-00214

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Brett L. Foster, Esq.
    HOLLAND & HART
    60 E SOUTH TEMPLE STE 2000
    SALT LAKE CITY, UT  84111-1031
    JFAX 9,3649124

    Robert J. Herrington, Esq.
    HOLLAND & HART
    1050 WALNUT ST STE 500
    BOULDER, CO  80302

    Gregg I. Anderson, Esq.
    MERCHANT & GOULD
    1050 17TH ST STE 1400
    DENVER, CO  80265
    JFAX 8,303,3571671