Brett L. Foster, 6089
James R. Farmer, 8592
Holland & Hart LLP
60 East South Temple, Suite 2000
Salt Lake City, Utah 84111
(801) 595-7800

Gregg I. Anderson
Merchant & Gould, P.C.
1400 Independence Plaza
1050 17th Street
Denver, Colorado 80265-0100
(303) 357-1670

Donald A. Degnan
Robert J. Herrington
Holland & Hart LLP
1050 Walnut Street, Suite 500
Boulder, Colorado 80302
(303) 473-2700

**Attorneys for PowerQuest Corporation**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| POWERQUEST CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SYMANTEC CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No. 2:03CV-0214 <br><br> **NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i)** |

Plaintiff PowerQuest Corporation ("PowerQuest"), through its attorneys, hereby gives notice of dismissal of its Complaint pursuant to Fed.R.Civ.P. 41(a)(1)(i).

Dated this 5th day of February, 2004.

Respectfully submitted,

*/s/ James R. Farmer*

Brett L. Foster, 6089
James R. Farmer, 8592
Holland & Hart LLP
60 East South Temple, Suite 2000
Salt Lake City, Utah 84111
(801) 595-7800

Donald A. Degnan
Robert J. Herrington
Holland & Hart LLP
1050 Walnut Street, Suite 500
Boulder, Colorado 80302
(303) 473-2700

Gregg I. Anderson
Kirstin L. Stoll-DeBell
Merchant & Gould, P.C.
1400 Independence Plaza
1050 17th Street
Denver, Colorado 80265-0100
(303) 357-1670

**Attorneys for PowerQuest Corporation**